IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| WILLIAM SALAAM HALL EL, <br> Consul Pro Per, and <br> JASMINE HALL EL (Ex Rel Jasmine Hall), In Propia Persona Sui Heredes; <br><br> Plaintiffs, <br><br> v. <br><br> JESSICA CRAVEN (in Personem, <br> D.E. GRIFFITHS (in Personem), <br> POLLY D. SIZEMORE (in Personem), <br> and GUILFORD COUNTY, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | 1:12CV246 |

## MEMORANDUM ORDER

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on March 30, 2012, was served on the parties in this action. On April 12, 2012, Plaintiffs objected to the Recommendation.

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report. **IT IS**

**THEREFORE ORDERED** that this action is **DISMISSED** for want of subject matter jurisdiction and without return of the filing fee.

This the 23rd day of April, 2013

                                              /s/ N. Carlton Tilley, Jr.
                                            Senior United States District Judge